177 A.3d 130

MICHAEL DOBLIN, PLAINTIFF–RESPONDENT, v.
LINDA DOBLIN, DEFENDANT–PETITIONER.

C–427 September Term 2017
080007

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005066–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

177 A.3d 130

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RASHAAN LEWIS, DEFENDANT–PETITIONER.

C–440 September Term 2017
079518

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001215–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.